# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 23-3190　　　　　　　　　　　　　　　　　　September Term, 2023

1:23-cr-00257-TSC-1

Filed On: October 24, 2023 [2023543]

United States of America,

    Appellee

    v.

Donald J. Trump,

    Appellant

## O R D E R

    The notice of appeal was filed on October 17, 2023, and docketed in this court on October 18, 2023. It is, on the court's own motion,

    **ORDERED** that appellant submit the documents listed below by the dates indicated.

| | |
|---|---|
| Docketing Statement Form | November 8, 2023 |
| Transcript Status Report | November 8, 2023 |

It is

    **FURTHER ORDERED** that appellant submit a transcript status report every 15 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                                **FOR THE COURT:**
                                Mark J. Langer, Clerk

                    BY:   /s/
                              Scott H. Atchue
                              Deputy Clerk

The following forms and notices are available on the Court's website:

Criminal Docketing Statement Form
Transcript Status Report Form