# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3190**                                                        **September Term, 2023**

**1:23-cr-00257-TSC-1**

**Filed On:** November 3, 2023

United States of America,

      Appellee

     v.

Donald J. Trump,

      Appellant

    **BEFORE:**   Millett, Pillard, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for a stay pending appeal, which includes requests for an administrative stay and to expedite the appeal, it is

**ORDERED** that the district court's October 17, 2023, order be administratively stayed pending further order of the court. The purpose of this administrative stay is to give the court sufficient opportunity to consider the emergency motion for a stay pending appeal and should not be construed in any way as a ruling on the merits of that motion. See D.C. Circuit Handbook of Practice and Internal Procedures 33 (2021). It is

**FURTHER ORDERED** that this appeal be expedited. The following briefing schedule will apply:

| | |
|---|---|
| Appellant's Brief | November 8, 2023, at 5:00 p.m. |
| Joint Appendix | November 8, 2023, at 5:00 p.m. |
| Appellee's Brief | November 14, 2023, at 5:00 p.m. |
| Reply Brief | November 17, 2023, at 12:00 noon |

It is

# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-3190**                                    **September Term, 2023**

**FURTHER ORDERED** that this case be scheduled for oral argument before this panel on November 20, 2023, at 9:30 a.m.

A separate order will be issued regarding the allocation of time for argument.

Appellant should raise all issues and arguments in the opening brief. The court ordinarily will not consider issues and arguments raised for the first time in the reply brief.

To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms. While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known. See D.C. Circuit Handbook of Practice and Internal Procedures 43 (2021); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover. See D.C. Cir. Rule 28(a)(8).

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:     /s/
Lynda M. Flippin
Deputy Clerk