# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** United States

v.

Donald J. Trump

**Case No:** 23-3190

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Donald J. Trump (Appellant)

### Counsel Information

**Lead Counsel:** Dean John Sauer

**Direct Phone:** (314) 562-0031  **Fax:** (___) ___-____  **Email:** john.sauer@james-otis.com

**2nd Counsel:**

**Direct Phone:** (___) ___-____  **Fax:** (___) ___-____  **Email:**

**3rd Counsel:** Emil Bove

**Direct Phone:** (212) 716-1250  **Fax:** (___) ___-____  **Email:** emil.bove@blanchelaw.com

**Firm Name:** Blanche Law PLLC

**Firm Address:** 99 Wall Street, Suite 4460, New York, NY 10005

**Firm Phone:** (212) 716-1250  **Fax:** (___) ___-____  **Email:** info@blanchelaw.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)