# United States Court of Appeals
### For The District of Columbia Circuit
_____

| | |
|---|---|
| **No. 23-3190** | **September Term, 2023** |
| | 1:23-cr-00257-TSC-1 |
| | Filed On: November 7, 2023 [2025782] |

United States of America,

    Appellee

  v.

Donald J. Trump,

    Appellant

### O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for November 20, 2023, at 9:30 A.M. in Courtroom 20 on the sixth floor:

    Appellant   -   20 Minutes

    Appellee   -   20 Minutes

The panel considering this case will consist of Circuit Judges Millett, Pillard, and Garcia.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by November 9, 2023.

### Per Curiam

    **FOR THE COURT:**
    Mark J. Langer, Clerk

    BY:  /s/
           Michael C. McGrail
           Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)