**UNITED STATES COURT OF APPEALS**
**DISTRICT OF COLUMBIA CIRCUIT**

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**CRIMINAL DOCKETING STATEMENT**
(To be completed by appellant)

1. Appellate Case Number: 23-3190      1a. Criminal Action Number: 1:23-cr-00257-TSC
2. Case Name: United States v. Donald J. Trump
3. Appellant's Name: Donald J. Trump
    3a. Appellant's Defendant No.: n/a      3b. Appellant's Fed. Reg/PDID No. n/a
4. Date of conviction n/a      4a. Date of sentence n/a
5. Name of District Court Judge: The Hon. Tanya S. Chutkan, U.S. District Judge
6. Date of Notice of Appeal Filed: 10/18/2023
7. Offense(s) of conviction: n/a - interlocutory appeal
8. Did appellant plead guilty?        ○ Yes  ● No
9. What sentence was imposed? n/a
10. How much of the sentence has appellant served? n/a
11. Is appellant challenging the conviction?    ○ Yes  ● No
12. Is appellant challenging the sentence?    ○ Yes  ● No
13. Has appellant filed a post-conviction motion?  ○ Yes  ● No
    If yes, what motion, date filed, and disposition:
14. Is appellant incarcerated?            ○ Yes  ● No
    If yes, where:
    If no, address: 1100 S. Ocean Blvd., Palm Beach, FL 33480      Phone (    )
15. Has appellant moved for release pending appeal in District Court?   ○ Yes  ● No
    If yes, date filed _____ Disposition: _____
    If no, does defendant intend to file such a motion in the District Court?  ○ Yes  ○ No
16. Will appellant file a motion for release pending appeal in court of appeals?  ○ Yes  ○ No
17. Did appellant have court-appointed counsel in District Court?   ○ Yes  ● No
18. Does counsel appointed in District Court wish to continue on appeal?  ○ Yes  ○ No
19. Did defendant have retained counsel in district court?   ● Yes  ○ No
    If yes, will case proceed on appeal with retained counsel?   ● Yes  ○ No
    If no, will appellant seek appointment of counsel on appeal?   ○ Yes  ○ No
    If no, has a motion to proceed in forma pauperis been filed?   ○ Yes  ○ No
20. Has counsel ordered transcripts?        ● Yes  ○ No
21. If yes, from what proceedings: Hearing on motion for pre-trial gag order Oct. 16, 2023
22. If yes, when will transcripts be completed? Oct. 17, 2023
23. Did counsel seek expedited preparation of sentencing transcripts?   ○ Yes  ○ No

Signature: [signed]                                                          Date 11/8/23
Name of Party: Donald J. Trump
Firm Address: 13321 North Outer Forty Road, Suite 300, St. Louis, Missouri 63017
                                                  Phone ( 314 ) 562-0031      Fax (   )

Note: In all appeals of sentences of 8 months or less trial counsel is required to prosecute the appeal of the sentence. If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USCA Form 43
August 2009 (REVISED)