No. 23-3190

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

UNITED STATES OF AMERICA,

*Appellee*,

v.

DONALD J. TRUMP,

*Defendant-Appellant*.

_____

On Appeal from the United States District Court
for the District of Columbia

**DEFENDANT-APPELLANT'S CERTIFICATE AS TO
PARTIES, RULINGS, AND RELATED CASES
PURSUANT TO CIRCUIT RULE 28(A)(1)**

## PARTIES AND AMICI

The parties in the district court include the United States of America and Donald J. Trump. The district court denied leave to file to proposed *amici curiae*. The parties before this Court include the United States of America and Donald J. Trump.

***Disclosure Statement:*** No Disclosure Statement under Federal Rule of Appellate Procedure 26.1 or under Circuit Rule 26.1 is necessary, as Defendant is not a corporation or similar entity.

## RULINGS UNDER REVIEW

The parties are before this Court on appeal from the October 17, 2023, Opinion and Order of the district court issued by Hon. Tanya S. Chutkan, D.Ct. Doc. No. 105 in *United States v. Trump*, No. 1:23-cr-00257 (TSC), -- F. Supp. 3d --, 2023 WL 6818589 (D.D.C. Oct. 17, 2023).

## RELATED CASES

There are no related cases as defined by Circuit Rule 28(a)(1).

| | |
|---|---|
| Dated: November 8, 2023 | Respectfully Submitted, |
| L<small>AURO</small> & S<small>INGER</small> | J<small>AMES</small> O<small>TIS</small> L<small>AW</small> G<small>ROUP</small>, LLC |
| John F. Lauro<br>400 N. Tampa St., 15th Floor<br>Tampa, FL 33602<br>(813) 222-8990<br>jlauro@laurosinger.com | */s/ D. John Sauer*<br>D. John Sauer<br>William O. Scharf<br>Michael E. Talent<br>13321 N. Outer Forty Road, Suite 300<br>St. Louis, Missouri 63017<br>(314) 562-0031<br>John.Sauer@james-otis.com |
| B<small>LANCHE</small> L<small>AW</small> | *Attorneys for President Donald J. Trump* |
| Todd Blanche<br>Emil Bove<br>99 Wall St., Suite 4460<br>New York, NY 10005<br>(212) 716-1250<br>toddblanche@blanchelaw.com | |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on November 8, 2023, I caused a true and correct copy of the foregoing to be filed by the Court's electronic filing system, to be served by operation of the Court's electronic filing system on counsel for all parties who have entered in the case.

*/s/ D. John Sauer*