IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————

No. 23-3190

UNITED STATES OF AMERICA,

*Plaintiff-Appellee*,

v.

DONALD J. TRUMP,

*Defendant-Appellant*

———————

**GOVERNMENT'S UNOPPOSED MOTION
TO FILE SUPPLEMENTAL APPENDIX**

———————

Pursuant to Fed. R. App. P 27(a) and D.C. Cir. R. 30(e), the United States respectfully requests that the Court grant leave to file a Supplemental Appendix for the United States in this case, which accompanies the Appellee Brief for the United States. Counsel for defendant-appellant Donald J. Trump does not oppose this motion for leave to file.

Circuit Rule 30(e) provides: "If anything material to the appeal . . . is omitted from the appendix, the clerk, on the duly served and filed written request of any party, may allow the appendix to be supplemented." Appellee's Supplemental Appendix contains documents referenced in the Government's Appellee Brief that

are not included in the Joint Appendix. These documents are material to the issues on appeal and have been included for the Court's convenience.

WHEREFORE, the government respectfully requests that this Court grant leave to file a Supplemental Appendix for the United States.

November 14, 2023                    Respectfully submitted,

/s/ Cecil W. VanDevender
CECIL W. VANDEVENDER
Assistant Special Counsel
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Rm. B-206
Washington, DC 20530

# ADDENDUM

Certificate of Parties and *Amici Curiae*

Pursuant to D.C. Circuit Rules 27(a)(4) and 28(a)(1)(A), the government identifies the following parties, intervenors, and *amici* in this Court:

**Plaintiff-Appellee:**
United States of America

**Defendant-Appellant:**
Donald J. Trump

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 151 words.

2. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point type Times New Roman font.

/s/ Cecil W. VanDevender
CECIL W. VANDEVENDER
