**ORAL ARGUMENT SCHEDULED FOR NOV. 20, 2023**

No. 23-3190

# In the United States Court of Appeals
## for the District of Columbia Circuit

UNITED STATES OF AMERICA,

*Appellee,*

v.

DONALD J. TRUMP,

*Defendant-Appellant.*

On Appeal from the United States
District Court for the District of Columbia
Case No. 23-cr-00257 (Chutkan, U.S.D.J.)

**Motion of Jeremy Bates for Leave To File Brief as**
***Amicus Curiae* in Support of the United States and Dismissal**

Jeremy Bates
21 West Street Apt. 21J
New York, New York 10006
917-626-2473
jeremybates3@gmail.com
*Amicus Curiae pro Se*

November 19, 2023

Jeremy Bates, an attorney admitted to practice in New York, respectfully moves *pro se* for leave to file a brief *amicus curiae* in support of the United States and dismissal.

In support of the motion, Bates respectfully states:

I am filing this motion and proposed brief as soon as practicable given the accelerated schedule for this appeal; given the filing of the brief of the United States on Wednesday, November 16, 2023; and given my limited personal time and resources.

The scheduling order did not specify any time to file *amicus* briefs. This motion and brief are filed within the time set by FRAP 29(a)(6).

Defendant Trump's counsel has informed me that "Appellant consents to the filing of amicus briefs." The Office of Special Counsel has informed me that the United States "defers to the Court."

As for Circuit Rule 29(d), I am not aware of any other *amicus* brief proposed to be filed in support of the United States.

As described more fully in the proposed brief, I have four interests here. Like most citizens, I trust that our courts will administer justice, promote tranquility, and defend the Constitution. Like 81 million other Americans who voted for Joseph Biden to be president, I am a victim of

1

the charged conspiracy to deprive citizens of our right to vote and to have our votes counted. Like many attorneys, I have an interest in courts of equity declining to abet iniquity. And as a citizen-taxpayer, I sued Defendant Trump, derivatively on behalf of the United States, for breach of fiduciary duty to the United States as its president, including with respect to the January 6 attack on Congress.

For these reasons, I have a unique perspective on Defendant's misconduct and its implications for this appeal.

This perspective is why the proposed brief raises an issue that the parties have overlooked—whether Defendant Trump comes to equity with unclean hands and therefore should be denied all relief.

I respectfully request that this motion be granted.

Respectfully submitted,

*s/ Jeremy Bates*

Jeremy Bates
21 West Street Apt. 21J
New York, New York 10006
917-626-2473
jeremybates3@gmail.com
*Amicus Curiae pro Se*

Dated:  New York, New York
        November 19, 2023

2

**Certificate of Compliance**

I hereby certify that this motion complies with the word limits of FRAP 29(a)(5) and 32(a)(7)(B)(i) because it contains 333 words.

This motion complies with the typeface and type-style requirements of FRAP 29(a)(4), FRAP 32(a)(5)(A), and FRAP 32(a)(6) because it was prepared using Microsoft Word software and a proportionally-based typeface—namely, 14-point Century Schoolbook.

*s/ Jeremy Bates*
Jeremy Bates

Dated:　New York, New York
　　　　November 19, 2023

## Certificate of Service

I hereby certify that all counsel of record who have consented to electronic service are being served today with a copy of this document via the Court's ECF system.  To my knowledge, all parties in this case are represented by counsel consenting to electronic service.

*s/ Jeremy Bates*
Jeremy Bates

Dated:  New York, New York
November 20, 2023