# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-3190**                                                       **September Term, 2023**

1:23-cr-00257-TSC-1

Filed On: November 20, 2023 [2027866]

United States of America,

       Appellee

  v.

Donald J. Trump,

       Appellant

    **BEFORE:**    Circuit Judges Millett, Pillard, and Garcia

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Monday, November 20, 2023 at 9:33 a.m. The cause was heard as case No. 1 of 1 and argued before the Court by:

  D. John Sauer, counsel for Appellant.

  Cecil W. VanDevender (DOJ), counsel for Appellee.

                                                 **FOR THE COURT:**
                                                 Mark J. Langer, Clerk

                                   BY:    /s/
                                                 Anne A. Rothenberger
                                                 Deputy Clerk