# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-3190**  **September Term, 2023**

1:23-cr-00257-TSC-1

Filed On: November 20, 2023 [2027976]

United States of America,

    Appellee

    v.

Donald J. Trump,

    Appellant

    **BEFORE:** Millett, Pillard, and Garcia, Circuit Judges

### O R D E R

Upon consideration of appellee's unopposed motion for leave to file a supplemental appendix and the lodged supplemental appendix; the motion of America First Legal Foundation for leave to a brief as amicus curiae in support of appellant and the lodged brief amicus curiae; and the emergency motion of Christian Family Coalition Florida, Inc. for leave to file an amicus brief and the lodged brief amicus curiae, it is

**ORDERED** that the motion for leave to file a supplemental appendix be granted. The Clerk is directed to file the lodged supplemental appendix. It is

**FURTHER ORDERED** that the motions for leave to file briefs amicus curiae be granted. The Clerk is directed to file the lodged briefs amicus curiae.

### Per Curiam

                **FOR THE COURT:**
                Mark J. Langer, Clerk

        BY: /s/
                Michael C. McGrail
                Deputy Clerk