# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3190**                          **September Term, 2023**

1:23-cr-00257-TSC-1

Filed On: November 27, 2023 [2028729]

United States of America,

       Appellee

   v.

Donald J. Trump,

       Appellant

    **BEFORE:**    Millett, Pillard, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the motion of Jeremy C. Bates for leave to file brief as amicus curiae in support of the United States and dismissal, and the lodged brief amicus curiae, it is

**ORDERED** that the motion be denied. The Clerk is directed to note the docket accordingly.

### Per Curiam

                        **FOR THE COURT:**
                        Mark J. Langer, Clerk

          BY:    /s/
                    Michael C. McGrail
                    Deputy Clerk