# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **No. 23-3190** | **September Term, 2023** |
| | FILED ON: DECEMBER 8, 2023 |

UNITED STATES OF AMERICA,
    APPELLEE

v.

DONALD J. TRUMP,
    APPELLANT

Appeal from the United States District Court
for the District of Columbia
(No. 1:23-cr-00257-1)

Before: MILLETT, PILLARD and GARCIA, *Circuit Judges*

## J U D G M E N T

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the District Court's Order be affirmed in part and vacated in part, in accordance with the opinion of the court filed herein this date. It is

**FURTHER ORDERED** that this court's administrative stay entered on November 3, 2023, be dissolved.

The Clerk is directed to issue the mandate forthwith.

### Per Curiam

        **FOR THE COURT:**
        Mark J. Langer, Clerk

    BY:  /s/

        Daniel J. Reidy
        Deputy Clerk

Date: December 8, 2023

Opinion for the court filed by Circuit Judge Millett.