# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-3190**  September Term, 2023

1:23-cr-00257-TSC-1

**Filed On:** December 8, 2023

United States of America,

    Appellee

  v.

Donald J. Trump,

    Appellant

**BEFORE:** Millett, Pillard, and Garcia, Circuit Judges

## O R D E R

It is **ORDERED**, on the court's own motion, that the parties show cause, on or before December 18, 2023, why the sealed portions of the redacted opinion of the court issued on December 8, 2023, should not be unsealed. In the event the parties conclude that any of the redacted portions of the opinion of the court should remain under seal, the parties are directed to identify the redaction and provide an explanation for why the redacted material should remain under seal. The parties are strongly encouraged to submit a joint response, which may be filed under seal if necessary. The response(s) may not exceed 1,300 words each.

**Per Curiam**

        **FOR THE COURT:**
        Mark J. Langer, Clerk

  BY:   /s/
        Daniel J. Reidy
        Deputy Clerk