# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3190**                                **September Term, 2023**

1:23-cr-00257-TSC-1

Filed On: December 8, 2023 [2030697]

United States of America,

        Appellee

  v.

Donald J. Trump,

        Appellant

## M A N D A T E

In accordance with the judgment of December 8, 2023, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                     **FOR THE COURT:**
                                                     Mark J. Langer, Clerk

                                     BY:    /s/
                                                     Daniel J. Reidy
                                                     Deputy Clerk

Link to the judgment filed December 8, 2023