

**U.S. Department of Justice**

Office of Special Counsel

*Washington, D.C. 20530*

December 18, 2023

Honorable Mark Langer
Clerk of the Court
U.S. Court of Appeals for the District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., NW, Room 5205
Washington, DC 20001

    Re:    *United States v. Donald J. Trump*, No. 23-3190

Dear Mr. Langer:

    On December 8, 2023, the Court issued a partially redacted opinion in the above-referenced matter and entered an order directing the parties to show cause, on or before December 18, 2023, why the redacted portions of the Court's opinion should not be unsealed. As the Court encouraged, the parties hereby respond jointly. Having reviewed the referenced materials from the district court litigation and the Court's opinion, the Appellant maintains that the referenced material should not be sealed for the reasons presented to the district court in his opposition to the motion to seal below, and the Government concludes that the Court's anonymization of the referenced individuals assuages the concerns that led it to move to seal certain material in the district court. *See* ECF No. 55 (order). Accordingly, the parties do not oppose unsealing the panel's opinion without redactions.

    Respectfully submitted,

By:    /s/ *Cecil W. VanDevender*
        Cecil W. VanDevender
        Assistant Special Counsel
        950 Pennsylvania Avenue, NW
        Washington, D.C. 20530

cc:    D. John Sauer, Esq.
       John F. Lauro, Esq.
       Emil Bove, Esq.
       William O. Scharf, Esq.
       Michael E. Talent, Esq.