No. 23-3190

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

*Appellee (Complainant)*

v.

DONALD J. TRUMP

*Appellant (Defendant)*

On Appeal from the U.S. District Court for the District of Columbia, Case No. 1:23-cr-00257, Hon. Tanya Chutkan Presiding

## MOTION FOR LEAVE TO EXTEND THE TIME FOR FILING AMICUS CURIAE BRIEF IN SUPPORT OF APPELLANT
*By Treniss Jewell Evans III*

Treniss Jewell Evans, III
Contact c/o CONDEMNED USA, LLC
Post Office Box 3238
Forney, Texas 75126.
Telephone: (210) 485-1889.
Email: treniss@condemnedusa.com
*Proposed Amici Pro Se*

Proposed *Amicus Curiae* hereby respectfully requests that this Honorable Court extend the time for filing and receive his *Amicus Curiae* brief in the hope that their points and explanations will assist this Court. Amicus Curiae file this brief in support of the Appeal of Donald J. Trump of the District Court's imposition of a gag order in his pending criminal case.

This interlocutory appeal arose very suddenly and has progressed very quickly. As a result, Proposed *Amicus Curiae* did not immediately notice that the issue was already before the Court of Appeals and have time to address these points, including trying to decide whether a new lawsuit or a brief here would be better.

Because of the importance of the issues under the First Amendment not only in this case but for the benefit of all Americans trying to exercise their rights, Trenis Evans suggests that it would be helpful and important for the Court to be able to peruse these arguments and insights to be sure to consider all relevant issues.

Dated: December 8, 2023                    Respectfully Submitted,

*Treniss Jewell Evans, III*
Contact c/o CONDEMNED USA, LLC

1

Post Office Box 3238
Forney, Texas 75126.
Telephone: (210) 485-1889.
Email: treniss@condemnedusa.com
*Proposed Amici Pro Se*

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT
**Record No. No. 23-3190**
UNITED STATES
v.
DONALD J. TRUMP

U.S. Court of Appeals for D.C. Circuit
333 Constitution Avenue, N.W.
Washington, DC 20001-2866

**CERTIFICATE OF COMPLIANCE
WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS,
AND TYPE-STYLE REQUIREMENTS**

1. This motion complies with the word limit requirements of *Fed. R. App. P. 27(d)(2)(a)* because the document contains 86 words, as determined by the word-count function of Microsoft Word, excluding the parts of the motion exempted by *Fed. R. App. P. 32(f)*; and

2. This motion complies with the typeface requirements of *Fed. R. App. P. 32(a)(5)* and *32(a)(6)* because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font type and footnotes in Century Schoolbook font 12-point type.

Treniss Jewell Evans, III
Contact c/o CONDEMNED USA, LLC

3

Post Office Box 3238
Forney, Texas 75126.
Telephone: (210) 485-1889.
Email:   treniss@condemnedusa.com
*Proposed Amici Pro Se*

### CERTIFICATE OF SERVICE

I hereby certify from my review of the Court's PACER system, that the foregoing will be delivered automatically this December 8, 2023, through the Court's computerized ECF system to the following attorneys of record listed with the Court's ECF system:

Mr. John F. Lauro, Esq.
LAURO & SINGER
400 N. Tampa St., 15th Floor
Tampa, Florida 33602
Telephone: (813) 222-8990
E-mail:  jlauro@laurosinger.com
*Attorneys for President Donald Trump*

Mr. Todd Blanche, Esq.
Emil Bove, Esq.
BLANCHE LAW
99 Wall St., Suite 4460
New York, NY 10005
Telephone: (212) 716-1250
E-mail:  toddblanche@blanchelaw.com
*Attorneys for President Donald Trump*

D. John Sauer
William O. Scharf
Michael E. Talent
JAMES OTIS LAW GROUP, LLC
13321 N. Outer Forty Road, Suite 300
St. Louis, Missouri 63017
Telephone (314) 562-0031

4

E-mail: John.Sauer@james-otis.com
*Attorneys for President Donald Trump*

Mr. JACK SMITH, Esq.
Special Counsel, Prosecutor
of the U.S. Department of Justice

CECIL W. VANDEVENDER
Assistant Special Counsel
U.S. Department of Justice
950 Pennsylvania Ave., N.W. Rm. B-206
Washington, DC 20530

*/s/*
Treniss Jewell Evans, III

5