No. 23-3190

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

*Appellee (Complainant)*

v.

DONALD J. TRUMP

*Appellant (Defendant)*

On Appeal from the U.S. District Court for the District of Columbia, Case No. 1:23-cr-00257, Hon. Tanya Chutkan Presiding

**MOTION FOR LEAVE TO FILE
HARD COPY BRIEF, *PRO SE***

Treniss Jewell Evans, III
Contact c/o
CONDEMNED USA, LLC
Post Office Box 3238
Forney, Texas 75126.
Telephone: (210) 485-1889.
treniss@condemnedusa.com
*Proposed Amici Pro Se*

**MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN HARD COPY
PAPER FORM**

Proposed *Amicus Curiae* hereby respectfully requests that this Honorable Court grant leave for him to file his *Amicus Curiae* brief *pro se* in hard copy, paper format.

*Amicus* does not expect that there will be any need for him to file any further documents and therefore an account for electronic filing is probably not needed.

Dated: December 8, 2023

    Respectfully Submitted,

    *[signature]*

    Treniss Jewell Evans, III
    Contact c/o CONDEMNED USA, LLC
    Post Office Box 3238
    Forney, Texas 75126.
    Telephone: (210) 485-1889.
    treniss@condemnedusa.com
    *Proposed Amici Pro Se*

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT
**Record No. No. 23-3190**
UNITED STATES
v.
DONALD J. TRUMP

U.S. Court of Appeals for D.C. Circuit
333 Constitution Avenue, N.W.
Washington, DC 20001-2866

**CERTIFICATE OF COMPLIANCE**
**WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS**

1. This motion complies with the word limit requirements of *Fed. R. App. P. 27(d)(2)(a)* because the document contains 55 words, as determined by the word-count function of Microsoft Word, excluding the parts of the motion exempted by *Fed. R. App. P. 32(f)*; and

2. This motion complies with the typeface requirements of *Fed. R. App. P. 32(a)(5)* and *32(a)(6)* because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font type and footnotes in Century Schoolbook font 12-point type.

**CERTIFICATE OF SERVICE**

I hereby certify from my review of the Court's PACER system, that the foregoing will be delivered automatically this December 8, 2023, through the Court's computerized ECF system to the following attorneys of record listed with the Court's ECF system:

Mr. John F. Lauro, Esq.
LAURO & SINGER

3

400 N. Tampa St., 15th Floor
Tampa, Florida 33602
Telephone: (813) 222-8990
jlauro@laurosinger.com
*Attorneys for President Donald Trump*

Mr. Todd Blanche, Esq.
Emil Bove, Esq.
BLANCHE LAW
99 Wall St., Suite 4460
New York, NY 10005
Telephone: (212) 716-1250
toddblanche@blanchelaw.com
*Attorneys for President Donald Trump*

D. John Sauer
William O. Scharf
Michael E. Talent
JAMES OTIS LAW GROUP, LLC
13321 N. Outer Forty Road,
    Suite 300
St. Louis, Missouri 63017
Telephone (314) 562-0031
John.Sauer@james-otis.com
*Attorneys for President Donald Trump*

Mr. JACK SMITH, Esq.
Special Counsel, Prosecutor
of the U.S. Department of Justice

CECIL W. VANDEVENDER
Assistant Special Counsel
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
    Room B-206
Washington, DC 20530

*[signature]*
Treniss Jewell Evans, III

4