# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-3190**                            **September Term, 2023**

1:23-cr-00257-TSC-1

**Filed On:** December 20, 2023

United States of America,

      Appellee

    v.

Donald J. Trump,

      Appellant

    **BEFORE:**    Millett, Pillard, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the court's order to show cause why the opinion filed under seal on December 8, 2023, should not be unsealed, and the joint response thereto, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that the sealed opinion issued December 8, 2023, be amended as follows:

(1) Slip Op., p.47:

<u>Delete</u>: "staffs of court"

<u>Insert in lieu thereof</u>: "staffs of the court".

(2) Slip Op., p.65:

<u>Delete</u>: "it is not enough that Mr. Trump"

<u>Insert in lieu thereof</u>: "Mr. Trump must have done".

It is,

**FURTHER ORDERED** that the opinion filed under seal on December 8, 2023, as amended and with formatting changes, be unsealed. The Clerk is directed to unseal the opinion and release it publicly.

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 23-3190**　　　　　　　　　　　　　　　**September Term, 2023**

**<u>Per Curiam</u>**

　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　Daniel J. Reidy
　　　　　　　　　　　　　　　Deputy Clerk