# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-3190**          **September Term, 2023**

1:23-cr-00257-TSC-1

**Filed On:** December 21, 2023

United States of America,

    Appellee

    v.

Donald J. Trump,

    Appellant

**O R D E R**

Upon consideration of appellant's petition for rehearing en banc, it is

**ORDERED**, on the court's own motion, that within 15 days of the date of this order, appellee file a response to the petition for rehearing en banc. The response may not exceed 3,900 words. Absent an order of the court, a reply to the response will not be accepted for filing.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
Daniel J. Reidy
Deputy Clerk