# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3190**  **September Term, 2023**

1:23-cr-00257-TSC-1

**Filed On:** January 23, 2024

United States of America,

    Appellee

    v.

Donald J. Trump,

    Appellant

**BEFORE:**    Millett, Pillard, and Garcia, Circuit Judges

## O R D E R

Upon consideration of pro se movant Treniss Jewell Evans, III's motion for leave to extend the time for filing an amicus curiae brief in support of appellant's appeal on the merits; motion for leave to file a brief as amicus curiae in support of appellant's appeal on the merits and the lodged brief; and motion for leave to file a hard copy brief, it is

**ORDERED** that the motion for leave to extend the time for filing an amicus curiae brief be denied. The Clerk is directed to note the docket accordingly. It is

**FURTHER ORDERED** that the motion for leave to file a brief as amicus curiae in support of appellant's appeal on the merits and the motion for leave to file a hard copy brief be dismissed as moot.

### Per Curiam

                                **FOR THE COURT:**
                                Mark J. Langer, Clerk

                BY:    /s/
                                Daniel J. Reidy
                                Deputy Clerk