# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3190**  **September Term, 2023**

**1:23-cr-00257-TSC-1**

**Filed On:** January 23, 2024

United States of America,

    Appellee

  v.

Donald J. Trump,

    Appellant


**BEFORE:**    Millett, Pillard, and Garcia, Circuit Judges

## O R D E R

Upon consideration of appellant's petition for panel rehearing filed on December 18, 2023, and the request for administrative stay, it is

**ORDERED** that the petition be denied. It is,

**FURTHER ORDERED** that the request for administrative stay be denied.

### Per Curiam

          **FOR THE COURT:**
          Mark J. Langer, Clerk

    BY:    /s/
              Daniel J. Reidy
              Deputy Clerk