# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-3190**  **September Term, 2023**

1:23-cr-00257-TSC-1

**Filed On:** January 23, 2024

United States of America,

    Appellee

  v.

Donald J. Trump,

    Appellant

**BEFORE:** Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of appellant's petition for rehearing en banc, the response thereto, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

### Per Curiam

          **FOR THE COURT:**
          Mark J. Langer, Clerk
BY: /s/
          Daniel J. Reidy
          Deputy Clerk